CHELROB, INC., et al., Respondents and Appellants, and MARY FRIES, Plaintiff-Respondent, v. EDWARD F. BARRETT et al., Appellants and Respondents, and QUEENS BOROUGH GAS & ELECTRIC COMPANY, Defendant-Respondent, HARRY TABERSHAW et al., Defendants-Appellants.—

Opinion *Per Curiam* amended accordingly. Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

(March 8, 1943.)

ANTHONY A. CASTELLANO et al., Respondents, v. CIRCLE CONSTRUCTION CORPORATION, Appellant and Respondent, and JOSEPH BREEN, INC., Defendant-Appellant.—

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.